IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DENNIS BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:10-0038 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BERT-CO INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

The initial case management conference is set in this action for **Tuesday, September 21, 2010 at 10:30 a.m. in Columba, Tennessee**.

It is so **ORDERED**.

**ENTERED** this the _9th_ day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge