IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DENNIS BREWER                          )
                                       )        No. 1-10-0038
v.                                     )
                                       )
BERT-CO INDUSTRIES, INC.               )

O R D E R

By order entered April 6, 2011 (Docket Entry No. 28), this case was referred to the undersigned to conduct a settlement conference.

Pursuant to the order entered April 26, 2011 (Docket Entry No. 29), a settlement conference was held on July 20, 2011, at the conclusion of which the parties were able to reach a settlement.

By August 29, 2011, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable William J. Haynes, Jr. for his consideration of the parties' agreed order of dismissal to be filed no later than August 29, 2011.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge